tion for writ of certiorari to the Court of Appeals for the Ninth Circuit are granted. The judgment of that court is reversed, and the case is remanded so that the petitioner's application for a certificate of probable cause may be entertained on its merits. *House* v. *Mayo,* 324 U. S. 42, 48 (1945). Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 262, Misc. ROGERS *v.* TEETS, WARDEN. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The motion for stay of execution of death sentence and the petition for writ of certiorari to the Court of Appeals for the Ninth Circuit are granted. The judgment of that court is reversed, and the case is remanded so that the petitioner's application for a certificate of probable cause may be entertained on its merits. *House* v. *Mayo,* 324 U. S. 42, 48 (1945). Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 170. GENERAL STORES CORP. *v.* SHLENSKY ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Motion for leave to file brief of respondents, Wage Claimants, granted. Petition for writ of certiorari granted. *Edwin M. Otterbourg* for petitioner. *Solicitor General Sobeloff, William H. Timbers, Thomas G. Meeker* and *David Ferber* for the Securities & Exchange Commission, *A. Alan Reich* for Shlensky, *Samuel Blumberg* for the Creditors

810

Committee, and *Max Goldweber* for the Wage Claimants, respondents.

No. 242. INTER-STATE NATIONAL BANK OF KANSAS CITY *v.* LUTHER, TRUSTEE. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. Motion to add the First National Bank of Kansas City as a party petitioner granted. Petition for writ of certiorari granted. *Frank H. Terrell* for petitioner and the First National Bank of Kansas City. *John F. Eberhardt* for respondent.

No. 307. PURITAN CHURCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. Motion for disqualification of certain Justices denied. Motion for appointment of a Commissioner denied. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Petitioners *pro se. Solicitor General Sobeloff* and *Assistant Attorney General Holland* for respondent.

No. 67, Misc. CARPENTER *v.* HARLEM VALLEY STATE HOSPITAL ET AL.;
No. 70, Misc. GUNTER *v.* EIDSON, WARDEN; and
No. 96, Misc. MARSH *v.* MAILER ET AL., MEMBERS OF BOARD OF PAROLE, STATE OF NEW YORK. Motions for leave to file petitions for writs of habeas corpus denied.

No. 42, October Term, 1952. F. W. WOOLWORTH Co. *v.* CONTEMPORARY ARTS, INC., 344 U. S. 228. The motion for clarification of the mandate is denied. THE CHIEF JUSTICE and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Cedric W. Porter*